**No. 39538.**—Protest 837025–G of A. W. Fenton Co. (Cleveland).

Opinion by SULLIVAN, J.  Following *Fenton* v. *United States* (C. D. 40) the wooden boxes in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 39539.**—Protest 824944–G of National Acme Co. (Cleveland).

Opinion by SULLIVAN, J.  On the record presented the protest was overruled.

**No. 39540.**—Protest 839203–G of A. W. Fenton Co. (Cleveland).

Opinion by SULLIVAN, J.  The testimony indicated that some of the beads in the necklaces in question are in imitation of amber and that others are not.  The protest was overruled as to this claim for lack of proof.  The wooden boxes in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 39541.**—Protest 883379–G of A. W. Fenton Co. (Cleveland).

Opinion by SULLIVAN, J.  The necklaces in question are of small red glass beads with a clasp.  The evidence was held not sufficient to overcome the presumption of correctness attaching to the collector's action and the protest was overruled.  *Horsfield* v. *United States* (1 Ct. Cust. Appls. 138, T. D. 31186) and *Fougera* v. *United States* (id. 146, T. D. 31208) cited.

**No. 39542.**—Protest 883380–G of A. W. Fenton Co. (Cleveland).

Opinion by SULLIVAN, J.  On the record presented the protest was overruled.

**No. 39543.**—Protest 883381–G of A. W. Fenton Co. (Cleveland).

Opinion by SULLIVAN, J.  On the record presented the protest was overruled.

**No. 39544.**—Protest 799311–G of World Wide Distillers Products Co. (New York).

Opinion by FIRST DIVISION.  The protest was dismissed.